DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Stonecreek Sewer Ass'n v. Gary D. Morgan Developer, Inc.<br><br>Case below:<br>179 N.C. App. 721 | No. 589P06 | Defs' (Moore) PDR Under N.C.G.S. § 7A-31 (COA06-311) | Denied 01/25/07 |
| Teague v. N.C. Dep't of Transp.<br><br>Case below:<br>177 N.C. App. 215 | No. 281P06-2 | 1. Plt's MAR (COA05-522)<br><br>2. Plt's Motion for Writ of Mandamus<br><br>3. Plt's Motion for Writ of Supersedeas<br><br>4. Plt's Motion for Writ of Mandamus | 1. Dismissed 01/25/07<br><br>2. Denied 01/25/07<br><br>3. Denied 01/25/07<br><br>4. Denied 01/25/07 |
| Wachovia Bank v. Clean River Corp.<br><br>Case below:<br>178 N.C. App. 528 | 441P06 | Defs/Third-Party Plts' (Assurance Co. of America, et al.) PDR Under N.C.G.S. § 7A-31 (COA05-1364) | Denied 01/25/07<br><br>**Edmunds, J., Recused** |
| Walden v. Morgan<br><br>Case below:<br>179 N.C. App. —— (17 October 2006) | No. 596P06 | Plts' Consent Motion to Withdraw NOA and Alternative PDR (COA05-1560) | Allowed 01/25/07<br><br>**Hudson, J., Recused** |

## PETITIONS TO REHEAR

| | | | |
|---|---|---|---|
| Chambers v. Transit Mgmt.<br><br>Case below:<br>360 N.C. 609 | No. 527A05 | Plt's Petition for Rehearing (COA04-677) | Denied 01/03/07<br><br>**Martin, J., Recused** |
| Duke Energy Corp. v. Malcom<br><br>Case below:<br>361 N.C. 111 | No. 379A06-2 | Def's Petition for Rehearing | Denied 01/22/07 |
| Patronelli v. Patronelli<br><br>Case below:<br>360 N.C. 628 | No. 055A06-2 | Def-Appellant's Petition for Rehearing | Denied 01/25/07 |
| State v. Bauberger<br><br>Case below:<br>361 N.C. 105 | No. 172A06 | Def's Motion to Stay Issuance of Mandate and Request For Re-Argument Before a Full Court (COA04-1368) | Denied 12/29/06 |